# IMAGE REMOVED FROM PUBLIC VIEW

_____

refer to corrective entry